## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00241 |
| | ) | Judge Trauger |
| HEXON OCHOA-MARTINEZ | ) | |
| | ) | |

### O R D E R

It is hereby **ORDERED** that the sentencing scheduled for January 4, 2013 is **RESET** for Tuesday, January 8, 2013, at 11:00 a.m.

It is so **ORDERED**.

ENTER this 11th day of December 2012.

_____
ALETA A. TRAUGER
U.S. District Judge