IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:11-00241 |
| | ) | Judge Trauger |
| HEXON OCHOA-MARTINEZ | ) | |
| | ) | |

# O R D E R

The court is in receipt of a letter from defendant Hexon Ochoa-Martinez on April 19, 2013.

It is hereby **ORDERED** that the Clerk shall file this letter as part of the record in this case. The Clerk is further directed to furnish to the defendant and to counsel for all parties a copy of both the letter and this Order.

It is so **ORDERED.**

ENTER this 19th day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge